[No. 6739-1. Division One. July 23, 1979.]

*In the Matter of the Marriage of* CHARLENE
DINWIDDIE, *Respondent, and* CHESTER
JUSTUS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D-63510, Jack P. Scholfield, J., entered June
5, 1978. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Swanson, A.C.J., and James, J.

[No. 6767-1. Division One. July 23, 1979.]

THE CITY OF BELLINGHAM, *Respondent,* v. STEVEN
C. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 9774, Jack S. Kurtz, J., entered May
26, 1978. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Callow, C.J., and Swanson, J.

[No. 6784-1. Division One. July 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
JOSEPH CASTRO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85696, Frank H. Roberts, Jr., J., entered June
15, 1978. *Affirmed* by unpublished opinion per James, J.,
concurred in by Swanson, A.C.J., and Andersen, J.

[No. 6825-1. Division One. July 23, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JESSE
ADRIAN WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85131, William C. Goodloe, J., entered July 28,
1978. *Dismissed* by unpublished opinion per Swanson,
A.C.J., concurred in by James and Andersen, JJ.